PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Willie Davis, Jr.   **Docket Number:** 07-00696-001
  **PACTS Number:** 50164

**Name of Sentencing Judicial Officer:** Honorable Harold A. Ackerman/Judge Designate

**Date of Original Sentence:** 11/12/2008

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** 30 months imprisonment; 2 years supervised release; $100 special assessment. Special conditions: 1) drug testing/treatment; 2) DNA collection.

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** 03/21/11

**Assistant U.S. Attorney:** To Be Assigned, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** To Be Assigned, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.**'<br><br>On February 27, July 3, and July 17, 2012, the offender failed to report to the office as instructed via mail correspondence. |
| 2 | The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'<br><br>On April 27, June 1, June 11, July 10, and July 18, 2012, the undersigned conducted unannounced home visits at the offender's place of residence. The undersigned was unable to make contact with the offender on any of these occasions and has no information on his current whereabouts. The offender is considered an absconder from supervision. |

3      The offender has violated the standard supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

Since the commencement of supervision, the offender has failed to obtain verifiable employment despite numerous directives to do so. The offender has primarily worked "under the table" in various capacities.

4      The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender has failed to submit monthly supervision reports during the course of supervision despite numerous directives to do so.

I declare under penalty of perjury that the foregoing is true and correct.

By: Jamel H. Dorsey    Maureen Kelly
U.S. Probation Officer
Date: 7/25/12

## THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

7/30/12
Date